NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK S. MOSLEY,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3182

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110939-I-1.

---

## ON MOTION

---

## ORDER

Frederick S. Mosley moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 3 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Frederick S. Mosley
     Jeanne E. Davidson, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK